**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FRED HIEBER,

    Plaintiff,

v.                                                                    CASE NO.: 8:18-cv-02428-CEH-CPT

DISCOVER FINANCIAL SERVICES, LLC,

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, FRED HIEBER and the Defendant, DISCOVER FINANCIAL SERVICES, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Jacqueline Simms-Petredis,, Esq.* |
| **Amanda J. Allen, Esquire** | **Jacqueline Simms-Petredis, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 906751 |
| The Consumer Protection Firm, PLLC | Burr & Forman LLP |
| 4030 Henderson Blvd. | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33629 | Tampa, FL 33602 |
| Tele: (813) 500-1500 | Tele: (813) 221-2626 |
| Fax: (813) 435-2369 | Fax: (813) 357-3534 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I certify that on December 11, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

          *s/Amanda J. Allen, Esq.*
          **Amanda J. Allen, Esquire**
          Florida Bar No. 98228
          Amanda@TheConsumerProtectionFirm.com
          Shenia@TheConsumerProtectionFirm.com
          THE CONSUMER PROTECTION FIRM, PLLC
          4030 Henderson Blvd.
          Tampa, FL 33629
          Tele: (813) 500-1500
          Fax: (813) 435-2369
          ***Attorney for Plaintiff***